# IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY ____ D.C.
JUL 21 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Jeffrey-Richard; Salimbene,

Plaintiff.

v.

U.S. DEPARTMENT OF EDUCATION MOHELA and its affiliate AIDVANTAGE,

Defendant.

Civil Action No. __________

## COMPLAINT FOR WRIT OF MANDAMUS AND/OR INJUCTIVE RELIEF SEEKING DECLARITORY JUDGEMENT

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1361 because the action arises under the laws of the United States, involving the legal obligation of proof that a lawful contract exists before a federal agency can pursue enforcement.
This Court has jurisdiction over this matter pursuant to 5 U.S.C. § 702 because the action arises under the laws of the United States, involving the legal obligation of a federal agency.

2. Venue is proper pursuant to 5 U.S.C. § 1391 because a substantial part of the events giving rise to this claim occurred in this district.

## II. PARTIES

3. Plaintiff: Jeffrey-Richard; Salimbene is a Landowner in Florida and resides at 3604 W Bell Dr. Davie, Florida.

4. Defendant: The U.S. Department of Education et al, is a U.S. Federal Department that situs in 400 Maryland Avenue, SW Washington, D.C. 20202

## III. STATEMENT OF FACTS

5. On or about the month of October, in the year 2023, I, Jeffrey-Richard; Salimbene began receiving presentments from DEPARTMENT OF EDUCATION MOHELA requesting payments for an alleged student loan. Because the balance of the loan seemed erroneous and superfluous, I sent letters of "Demand for Proof of Contractual Obligation", copies of which should be included in this filing.

6. The defendant did not respond until May 8th 2024, on which date their legal counsel wrote back, but did not comply with my demand for certified copies of any and all contractual documentation, and only provided a freshly printed copy of a promissory note, in which the signature line read "Electronic Signature on File"

7. I continued sending letters, this time demanding that they provide documentation that my alleged electronic signature had been stored in accordance with the ESIGN Act of 2000, 15 U.S. Code § 7001 and received no response from DEPARTMENT OF EDUCATION MOHELA. Instead, I began receiving letters from another entity, "AIDVANTAGE", from whom I demanded the same Proof of Contractual Obligation, and if any signature is held digitally, then proof it has been held in compliance with 15 U.S. Code § 7001

8. The defendant has failed and/or refused to perform its obligation under contract law and has passed this alleged "debt" to another entity. AIDVANTAGE has now made of me, a baseless and perhaps spurious "Demand for Payment."

## IV. CLAIM FOR RELIEF – BREACH OF CONTRACT

9. I reallege and incorporate by reference paragraphs 1 through 8.

10. As a direct and proximate result of Defendant's claim and lack of proof of said claim, I perceive that I am now in danger of significant financial injury.

## PRAYER FOR RELIEF

WHEREFORE, I respectfully request that this Court enter judgment in my favor as follows:

a. The court issue a Writ of Mandamus against the U.S. DEPARTMENT OF EDUCATION MOHELA for the above mentioned documentation, or;

b. Provide injunctive relief of any governmental or corporate filings by DEPARTMENT OF EDUCATION MOHELA and its affiliate AIDVANTAGE until this matter is resolved;

**c**. Upon discovery in my favor, I humbly request a declaratory judgment that no legally enforceable contract exists between the Plaintiff and Defendant and that any attempts by Defendant to enforce such contract are unlawful

**d**. I humbly request the court grant relief in the amount of $10,000 or whatever the court deems quantum meruit for the extensive time I've spent on this issue;

**e**. Granting such other and further relief as the Court may deem just and proper.

.

Respectfully submitted,

______________________

By: Jeffrey-Richard; Salimbene, Sui Juris, Jus Soli

All Rights Reserved. I Reserve All My Rights.

3604 W Bell Dr. Davie, Florida

Phone: 954-683-7120

Email: jeffsalimbene@hotmail.com

**Exhibit List**

| Exhibit No. | Description | Date |
|---|---|---|
| Exhibit A | First letter to MOHELA | October 2023 |
| Exhibit B | Third letter to MOHELA (I never received a return receipt for the 2nd) | April 2024 |
| Exhibit C | Only reply from MOHELA – A freshly printed promissory note with no signature, and a letter from their legal counsel. | April 2024 |
| Exhibit D | First letter to Aidvantage | ~ September 2024 |
| Exhibit E | Response from Aidvantage that addressed my letter saying they are only the loan servicer on behalf of "ED" | March 2025 |

There are several other letters that I wrote. Some I have saved but I'm not sure when they were sent because there's no date on the return mail slip. And a couple that I never received the return mail slip for. For simplicity, I've included Only what's pertinent, but I can provide 2 more certified mail return slips without dates.

Exhibit A

First letter to MOHELA

By: Jeffrey-Richard; Salimbene, Sui Juris, Jus Soli

To: DEPARTMENT OF EDUCATION MOHELA
P.O. Box 790233
St. Louis MO 63179-0233

# Demand for Proof of Contractual Obligation

Notice to Principal(s) is notice to Agent(s); Notice to Agent(s) is Notice to Principle(s)
The above means that you are required to pass this on to your superior and/or to those under your command. Notarization of this document and proof of delivery via Certified/Registered mail makes this a legal document admissible in court.

To Whom It May Concern:
I have received by post, a presentment from DEPARTMENT OF EDUCATION MOHELA, a foreign entity to me, which, to the best of my knowledge, I have no contract with. Please send certified copies of any and all documentation bearing my autograph, and the autograph(s) of the men or women that are party to the contract referenced by the attached copy of the presentment. Upon receipt of this Demand, a reasonable allotment of 90 days shall be granted. After 90 days, I shall assume the presentment delivered to me was delivered in error and that no contract exists between myself and DEPARTMENT OF EDUCATION MOHELA.

Thank you,
With Honor;
Jeffrey-Richard; Salimbene, Sui Juris, Jus Soli.

Jeffrey-Richard; Salimbene.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Department of Education
Mohela
PO Box 790233
St Louis MO 63179

9590 9402 8414 3156 5544 75

2. Article Number (Transfer from service label)
9589 0710 5270 1313 8287 22

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) OCT 17 2023

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ail
...ail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 22 Domestic Return Receipt

By: Jeffrey-Richard; Salimbene, Sui Juris, Jus Soli

Exhibit B
Third letter to Mohela

To: DEPARTMENT OF EDUCATION MOHELA
P.O. Box 790233
St. Louis MO 63179-0233

# Demand for Proof of Contractual Obligation

Notice to Principal(s) is notice to Agent(s); Notice to Agent(s) is Notice to Principle(s)
The above means that you are required to pass this on to your superior and/or to those under your command. Notarization of this document and proof of delivery via Certified/Registered mail makes this a legal document admissible in court.

To Whom It May Concern:
I have received several presentments to my home from DEPARTMENT OF EDUCATION MOHELA, in which it is implied that they are a creditor, or agent to a creditor, to which I am indebted. To the best of my knowledge, I do not, and have never, conducted business, or had any relationship with DEPARTMENT OF EDUCATION MOHELA. I have included herein, an unnotarized copy of a certified letter that was sent more than 90 days ago, demanding proof of contractual obligation in which I wrote: "After 90 days, I shall assume the presentment delivered to me was delivered in error and that no contract exists between myself and DEPARTMENT OF EDUCATION MOHELA."

On this, the 1st Day of April 2024, well over 90 days have passed. I understand that errors can occur and am an honorable man. So, from this, the 1st Day of April 2024, I will grant a grace period of 30 additional days to provide the requested documentation.

Should these presentments continue to to be delivered to my home after the 30-day grace period, it will be assumed they were delivered in error. Should any legal action be taken against me, then the responsible party will be responsible for any fees, penalties, charges, or other valuable considerations incurred in the process, until it's completion. Any parties involved will also be liable for compensation owed to me for my time in helping to sort out this matter. Detailed information on my fees and compensation are available upon request. Lack of dissent will be considered consent to these terms.

Thank you,
With Honor;
Jeffrey-Richard; Salimbene, Su

Jeffrey-Richar
Jeffrey-Richard; Salimbene.

Notary

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Department of Education
Mohela
PO Box 790233
St Louis MO 63179-0233

9590 9402 8371 3156 5852 15

2. Article Number (Transfer from service label)
19 0710 5270 0277 3766 38

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addresse

B. Received by (Printed Name) ...S Bank
C. Date of Deliver

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

APR 08 2024
Gov... ...orations

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811

Exhibit [illegible] - [illegible] pages - Only response from Mohela before they passed it to Aidvantage

# Federal Family Education Loan Program (FFELP)

# Federal Stafford Loan Master Promissory Note

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines, imprisonment, or both, under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor, Program, or Lender Identification

Wachovia Education Finance
P.O. Box 13667
Sacramento, CA 95853-3667

0005817449

OMB No. 1845-0006
Form approved
Exp. date 2-29-2008

## Borrower Information

***Please print neatly or type. Read the instructions carefully.***

1. Last Name: Salimbene — First Name: Jeff — MI: R
2. Social Security Number: [redacted]
3. Permanent Street Address (If P.O. Box, see instructions.): 9625 NW 26 ct — City: Coral Springs — State: FL — Zip Code: 33065
4. Home Area Code/Telephone Number: (954) 918-9635
5. Date of Birth (Month/Day/Year): 12/06/1984
6. Driver's License State and Number: State FL # [redacted]
7. E-mail Address: fuzzyblueshroom@hotmail.com
8. Lender Name: Wachovia Education Finance — City: Sacramento — State: CA — Zip Code: 95853-3667
9. Lender Code, if known: 830005

10. References: You must provide two separate references with different U.S. addresses. The first reference should be a parent (if living) or legal guardian. Both references must be completed in full.

| | A. | B. |
|---|---|---|
| Name | Vincent Salimbene | Sharon Salimbene |
| Permanent Address | 9625 NW 26 ct | 12110 NW 23rd manor |
| City, State, Zip Code | Coral Springs, FL 33065 | Coral Springs, FL 33065 |
| E-mail Address | fuzzyblueshroom@hotmail.com | |
| Area Code/Telephone Number | (954) 317-6003 | (945) 341-2214 |
| Relationship to Borrower | Father | Mother |

11. Requested Loan Amount: I request a total amount of subsidized and unsubsidized loans under this Master Promissory Note not to exceed the allowable maximums under the Higher Education Act. My school will notify me of the type(s) and amount(s) of loan(s) that I am eligible to receive. I may cancel my loan or request a lower amount by contacting my lender or school. Additional information about my right to cancel a loan or request a lower amount is included in the Borrower's Rights and Responsibilities Statement and Disclosure Statements that have been or will be provided to me.

12. Interest Payments (Optional):
☐ I want to pay unsubsidized interest while I am in school.

## Borrower Certifications and Authorizations

***Read carefully before signing below.***

13. Under penalty of perjury I certify that:
   A. The information I have provided on this Master Promissory Note and as updated by me from time to time is true, complete, and correct to the best of my knowledge and belief and is made in good faith.
   B. I will immediately repay any loan proceeds that cannot be attributed to educational expenses for attendance on at least a half-time basis at the school that certified my loan eligibility.
   C. (i) I do not now owe an overpayment on a Federal Pell Grant, Supplemental Educational Opportunity Grant, or a Leveraging Educational Assistance Partnership Grant (formerly State Student Incentive Grant); or, if I owe an overpayment, I have made repayment arrangements with the holder to repay the amount owed. (ii) I am not now in default on any loan received under the Federal Perkins Loan Program (including NDSL loans), the Federal Direct Loan Program, or the Federal Family Education Loan Program ("FFELP" as defined in the Borrower's Rights and Responsibilities Statement); or (iii) I am in default on a loan, and I have made satisfactory arrangements with the holder of the defaulted loan.

14. For all subsidized and unsubsidized Federal Stafford Loans (as described in the additional MPN provisions and the Borrower's Rights and Responsibilities Statement) I receive under this Master Promissory Note, and for certain other loans as described below, I make the following authorizations:
   A. I authorize my school to certify my eligibility for loans under this Master Promissory Note.
   B. I authorize my school to transfer loan proceeds received by electronic funds transfer (EFT) or master check to my student account.
   C. I authorize my school to pay to the lender any refund that may be due up to the full amount of the loan(s).
   D. I authorize the lender, the guarantor, or their agents, to investigate my credit record and report information concerning my loan status to persons and organizations permitted by law to receive such information.
   E. I request and authorize my lender to: (i) during the in-school and grace periods of any loans made under this Master Promissory Note, defer and align the repayment of principal on all of my FFELP loans that are in repayment status; and (ii) add unpaid interest that accrues on all my FFELP loans to the principal balance of such loans ("capitalization") including such loans made under this Master Promissory Note, during forbearance periods, and for unsubsidized loans, during in-school, grace, and deferment periods as provided under the Act. "Capitalization" will increase the principal balance on my loans and the total amount of interest charges I must pay.
   F. I authorize the release of information pertinent to my loans: (i) by the school, the lender, and the guarantor, or their agents, to the references on the applicable loans and to members of my immediate family unless I submit written directions otherwise; and, (ii) by and among my schools, lenders, guarantors, the Department of Education, and their agents.
   G. So that the loans requested can be approved, I authorize the Department of Education to send any information about me that is under its control, including information from the Free Application for Federal Student Aid, to the school, the lender, and to state agencies and nonprofit organizations that administer financial aid programs under the FFELP.

## Promise to Pay

*In this Master Promissory Note (MPN), "lender" refers to, and this MPN benefits, the original lender and its successors and assigns, including any subsequent holder of this MPN.*

15. I promise to pay to the order of the lender all loan amounts disbursed under the terms of this MPN, plus interest and other charges and fees that may become due as provided in this MPN. **I understand that multiple loans may be made to me under this MPN.** I understand that by accepting any disbursements issued at any time under this MPN, I agree to repay the loans. I understand that, within certain time frames, I may cancel or reduce the amount of any loan by refusing to accept or by returning all or a portion of any disbursement that is issued. Unless I make interest payments, interest that accrues on my unsubsidized loans during in-school, grace, and deferment periods will be added as provided under the Act to the principal balance of such loans. If I do not make any payment on any loan made under this MPN when it is due, I will also pay reasonable collection costs, including but not limited to attorney's fees, court costs, and other fees. I will not sign this MPN before reading the entire MPN, even if I am told not to read it, or told that I am not required to read it. I am entitled to an exact copy of this MPN and the Borrower's Rights and Responsibilities Statement. My signature certifies I have read, understand, and agree to the terms and conditions of this MPN, including the Borrower Certifications and Authorizations printed above, the Notice About Subsequent Loans Made Under This MPN, and the Borrower's Rights and Responsibilities Statement.

**I UNDERSTAND THAT I MAY RECEIVE ONE OR MORE LOANS UNDER THIS MPN, AND THAT I MUST REPAY ALL LOANS THAT I RECEIVE UNDER THIS MPN.**

16. Borrower's Signature: Electronic Signature on File

17. Today's Date *(Month/Day/Year)*: 02/27/2009

**THIS COPY IS FOR YOUR RECORDS**

***Additional MPN provisions follow***

MOHELA®

Exhibit C

**Melinda J. Maune**
Legal Counsel
636.787.2777 fax

May 8, 2024

Jeff Salimbene
3604 W Bell Dr.
Davie, FL 33328

Re: Account No.: 83 7440 9794
Payoff Balance: $34,247.14

Dear Jeff Salimbene:

On behalf of MOHELA, I am writing in response to the letter we received, dated April 1, 2024, regarding the above-referenced student loan account. Enclosed is a copy of your Federal Stafford Loan Master Promissory Note ("MPN"), signed on February 27, 2009. Your Federal Stafford Loans remain due and owing, according to the terms of your MPN. The payoff balance shown above, of $34,247.14, is valid through May 31, 2024. A copy of your Payoff Statement is enclosed.

Please note that your Federal Stafford Loans were obtained through the Federal Family Education Loan ("FFEL") Program. The FFEL Program was a federally established loan program, administered by the U.S. Department of Education. MOHELA, however, is the owner and holder, as well as the servicer, of your Federal Stafford Loans.

If you have any further inquiries, regarding this matter, please do not hesitate to contact us.

Sincerely,

Melinda J. Maune
Legal Counsel

MJM/jo
Enclosures

By: Jeffrey-Richard; Salimbene,
August 19, 2024

To: Aidvantage
P.O. Box 300001
Greenville, TX 75403-3001

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Aidvantage
P.O. Box 300001
Greenville, TX 75403

9590 9402 8854 4005 8641 76

2. Article Number (Transfer from service label)
589 0710 5270 1217 8003 98

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ximus ☑ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**Deman**

Notice to Principal(s
The above means that you
command. Notarization of thi
legal document admissible in court.

To Whom It May Concern:

I have received a presentment from Aidvantage, in which it is implied that they are a creditor, or agent to a creditor, to which I am indebted. To the best of my knowledge, I do not, and have never, conducted business, or had any relationship with **Aidvantage or its affiliates.** If there exists a contract between I, Jeff Salimbene, and Aidvantage or its affilates, please send all contract documents to my home. These documents must include a certified copy of my autograph on said documents. If after 90 days from the reception of this demand, I have not received proof of contractual obligation, I shall assume the presentment delivered to me was delivered in error and that no contract exists between myself and Aidvantage or its affiliates.

Should presentments continue to be delivered to my home after the 90 days, it will be assumed that this too is in error. Should any legal action be taken against me before this demand for proof of contractual obligation is met, then the responsible party will be responsible for any fees, penalties, charges, or other valuable considerations incurred in this process, until it's completion. Said party will also be liable for compensation owed to me for my time in helping to resolve this matter. Detailed information on my fees and compensation are available upon request. Lack of dissent will be considered consent to these terms.

Note: I am an honorable man and wish no harm on any living soul. Should any man or woman be at all lead to suffer hardship because of this matter, please reach out to me via telephone and I shall endeavor to help that man or woman in accordance with my natural responsibilities as a man. 954-683-7120

**Thank you,**
**With Honor;**
**Jeffrey-Richard; Salimbene, Sui Juris, Jus Soli. All Rights Reserved. I Reserve All My Rights.**

____________________ **Jeffrey-Richard; Salimbene**

____________________ Notary

Exhibit D - First letter to Aidvantage

aidvantage Official Servicer of Federal Student Aid

Exhibit E

PO BOX 300001
GREENVILLE, TX 75403-3001

800-722-1300

00020253 001916 003710 1/1 000000 7327545 7431-7431

JEFF R SALIMBENE
3604 W BELL DR
DAVIE FL 33328-2612

Only Response from Aidvantage that addressed my letter

Account number: 9590954943 - 1

03/14/25

JEFF,

Thanks for reaching out to us about your student loans.

We're here to answer your questions and provide you with solutions. Here's the response to your recent request:

The loans listed below are owned by The Department of Education (ED). Aidvantage only services your loans on behalf of ED.

**We're here to help**

If you have any questions about your account or your options, visit us online at Aidvantage.studentaid.gov or give us a call at 800-722-1300. Our hours of operation can be found online at Aidvantage.studentaid.gov/contact-us.

**Important disclosure(s)**

*Your loan servicer*

Your loans are serviced by Aidvantage (NMLS# 2241381).

*Avoiding scams*

You **never** have to pay a fee for help with your federal student aid. If you have questions or concerns about your loan payments, you can contact Aidvantage for free help through Aidvantage.studentaid.gov. You might be contacted by a company via phone, email, or postal mail saying they will help you get loan discharge, forgiveness, cancellation, or debt relief for a fee. Make sure you work **only** with the U.S. Department of Education's loan servicers, like Aidvantage and **never** reveal your personal information or account password to anyone. Learn to avoid student aid scams at studentaid.gov/resources/scams. Our emails to borrowers come from customerservice@aidvantage.studentaid.gov. You can report scam attempts to the Federal Trade Commission by calling 1-877-382-4357 or by visiting reportfraud.ftc.gov.

**Loan Information**