AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **0:25-cv-61461-PMH**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Jeffrey Salimbene**
was recieved by me on **7/24/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **June Canada**, a person of suitable age and discretion who resides at **400 Maryland Ave SW, Washington, DC 20202**, on **07/25/2025 at 1:44 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

FILED BY ____ D.C.
JUL 30 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 07/25/2025

_Server's signature_

**Yusuf Amusa**
_Printed name and title_

**28 K ST SE**
**Apt 806**
**Washington, DC 20003**

_Server's address_

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT FOR WRIT OF MANDAMUS AND/OR INJUNCTIVE RELIEF SEEKING DECLARATORY JUDGMENT; CIVIL COVER SHEET; EXHIBITS, to June Canada who identified themselves as the co-resident with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired black female contact over 65 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with glasses. She is the Confidential Assistant.**

Tracking #: 0179399149