# Letter in Opposition to Defendant's Motion for Dismissal

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Jeffrey-Richard; Salimbene, Plaintiff,

v.

U.S. Department of Education, Defendant.

Case No.: 25-CV-61461-PMH

FILED BY ___ D.C.
JUL 16 2026

I, Jeffrey Salimbene, have received defendant's motion for dismissal and submit the following response on today's date, July 13, 2026:

In my motion for entry of default judgement, filed December 8, 2025, I included scans of the certified mail receipts evincing that I had sent copies of the complaint to both the Attorney General of the United States, as well as the U.S. District Attorney's Office for the Southern District of Florida on August 27, 2025. I had not and still have not received a return receipt from The Southern District or those would've been included in my original filing. I have since served the Southern District at 99 NE 4th St. Miami FL 33132 two more times for good measure, and still have never received a certified mail return receipt.

In defendant's letter in opposition of my motion for default, defendant stated that I had not properly served the above-mentioned parties. All three parties were indeed served within 90 days of my initial filing and I will again include the Post Office certified mail receipts here. Upon the denial of my motion for default, I assumed the denial was due to the fact that I had not entered a "Motion for Clerk's Entry of Default", and process required that be done first. I have said motion prepared and was only waiting for a time to take off work to file it.

I am not a lawyer as I'm sure is indicated by my filings. At the courts request, and should the defendant's motion to dismiss be denied, I will amend my filing to allege a waiver of sovereign immunity. I've begun my research and believe I can properly establish jurisdiction.

Or, if the Court would allow, let us waste no more of the court's time or the people's money. For three years I have written letters to the defendant and the defendant's subsidiaries or contractors, often times sending them certified mail so I could prove they were sent. I was mostly ignored, and received only vague and effortless responses before being promptly handed off to another entity. During this time defendant ruined my credit

and likely spent more on administrative costs than it would've collected from me if it were to just prove that there does exist a lawful contract and records had been kept in accordance with its own laws.

As said in affect in all my letters in the past years: I am and honorable man, and should it be found that I'm causing harm or injury to any living man or woman, please let me know and I will take action to alleviate these conditions. So, if it is proven that I have a lawful debt, and the government has done its job in maintaining its record by its own laws, then I will pay whatever I can, when I can, until it is settled.

Respectfully submitted,

7/16/26

Jeffrey-Richard; Salimbene
Pro Se, Sui Juris, Jus Soli
3604 W Bell Dr. Davie, Florida
Phone: 954-683-7120

9589 0710 5270 2807 7007 53

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

Washington, DC 20530

Certified Mail Fee $ 0277 02

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

FORT LAUDERDALE DAVIE BRANCH AUG 27 2025 POST OFFICE

Postage $

Total Postage and Fees $11.06

08/27/2025

Sent To: Attorney General of the U.S.

Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW

City, State, ZIP+4®: Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Miami, FL 33132

Certified Mail Fee $ 0277 02

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

FORT LAUDERDALE DAVIE BRANCH AUG 27 2025 POST OFFICE

Postage $ $1.36

Total Postage and Fees $11.06

08/27/2025

Sent To: U.S. Attorney's Office

Street and Apt. No., or PO Box No.: 99 NE 4 St

City, State, ZIP+4®: Miami FL 33132

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES POSTAL SERVICE

DAVIE
3850 S UNIVERSITY DR
DAVIE, FL 33328-9998
www.usps.com

08/27/2025 04:52 PM

TRACKING NUMBERS
9589 0710 5270 2807 7007 53
9589 0710 5270 2807 7007 39

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| First-Class Mail® Letter | 1 | | $1.36 |
| Washington, DC 20530<br>Weight: 0 lb 2.40 oz<br>Estimated Delivery Date<br>Tue 09/02/2025 | | | |
| Certified Mail®<br>Tracking #:<br>9589 0710 5270 2807 7007 53 | | | $5.30 |
| Return Receipt<br>Tracking #:<br>9590 9402 9570 5121 3925 89 | | | $4.40 |
| Total | | | $11.06 |
| First-Class Mail® Letter | 1 | | $1.36 |
| Miami, FL 33132<br>Weight: 0 lb 2.40 oz<br>Estimated Delivery Date<br>Sat 08/30/2025 | | | |
| Certified Mail®<br>Tracking #:<br>9589 0710 5270 2807 7007 39 | | | $5.30 |
| Return Receipt<br>Tracking #:<br>9590 9402 9570 5121 3925 96 | | | $4.40 |
| Total | | | $11.06 |

Grand Total: $22.12

Debit Card Remit $22.12
Card Name: VISA
Account #: XXXXXXXXXXXX4281
Approval #: 054311
Transaction #: 471
Receipt #: 076036
Debit Card Purchase: $22.12
AID: A0000000980840 Contactless
AL: US DEBIT

CERTIFIED MAIL

R: COMPLETE THIS SECTION

lete items 1, 2, and 3.
our name and address on the reverse
t we can return the card to you.
this card to the back of the mailpiece,
the front if space permits.

Addressed to:

rney General of the U.S.
Dept of Justice
Pennsylvania Ave NW
shington DC 20530

590 9402 9570 5121 3925 89

Number (Transfer from service label)

9589 0710 5270 2807 7007 53

3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature Evie Sassor
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) SEP 0 5 2025

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED 28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
... Restricted Delivery
... Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt